23177. COKER *v.* LIFE & CASUALTY INSURANCE COMPANY OF TENNESSEE.

JENKINS, P. J. Under the answer of the Supreme Court to a question certified to it in this case (*Coker* v. *Life & Casualty Ins. Co. of Tenn.*, 180 *Ga.* 525, 179 S. E. 626), the record does not show that the bill of exceptions was tendered to the trial judge within the fifteen days required by law; and the writ of error must therefore be

*Dismissed. Stephens and Sutton, JJ., concur.*

DECIDED MAY 9, 1935.

*Walter A. Sims, Joseph E. Berman,* for plaintiff.
*Carl B. Copeland,* for defendant.